IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-81059-AMC

| | |
|---|---|
| SOFIA ELLINGSWORTH, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SAGE DENTAL GROUP OF FLORIDA, PLLC,<br><br>*Defendant*. | **CLASS ACTION**<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Sofia Ellingsworth, by and through its undersigned counsel, hereby dismisses this action as follows:

1. All claims of the Plaintiff, Sofia Ellingsworth, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 9, 2022

Respectfully submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
Florida Bar No. 0108039
scott@edelsberglaw.com
**EDELSBERG LAW, PA**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: 305-975-3320

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of August 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,
*/s/ Scott Edelsberg*